IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

| | |
|---|---|
| VIRAL DRM, LLC<br><br>    *Plaintiff*,<br>v.<br><br>CLASSIC CHEVROLET SUGAR LAND, LLC<br><br>    *Defendant*. | Case No: 4:24-cv-00383 |

## NOTICE OF DISMISSAL OF CIVIL ACTION
## WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Viral DRM, LLC, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Classic Chevrolet Sugar Land, LLC, each party to bear its own costs and attorney's fees.

Dated: March 12, 2024
   Uniondale, New York

                  */s/ Craig B. Sanders /*
                  Craig B. Sanders
                  SANDERS LAW GROUP
                  333 Earle Ovington Blvd., Ste. 402
                  Uniondale, New York 11553
                  Telephone: (516) 503-7600
                  csanders@sanderslaw.group

                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true and correct copy of the foregoing Notice of Dismissal was served upon all counsel of record via CM/ECF on March 12, 2024.

*s/ James H. Freeman /*
James H. Freeman